Paul Strauss (Bar No. 195749)
STRAUSS LAW GROUP
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Mailing Address: P.O. Box 5393, Beverly Hills, CA 90209
Telephone:(310) 651-8174   Facsimile:(310) 601-1867

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. LA 05-15763-ES |
| | Chapter 7 |
| MICHAEL MAZDAQ MANSOURI | Adv. No. 05-01699 |
| Debtor. | **ORDER AFTER HEARING FOR MOTION TO COMPEL** |
| SUNSET PARTNERS, L.P., AND DEREK WISEMAN, | |
| Plaintiff, | Hearing Date |
| vs. | Date: February 15, 2007 |
| | Time: 9:30 A.M. |
| MICHAEL MAZDAQ MANSOURI | Ctrm: 1645 |
| Defendant. | |

The hearing for the motion to compel filed by Defendant came on for hearing before the undersigned United States Bankruptcy Judge on February 15, 2007, at 9:30 a.m., in Courtroom 1645 of the above-entitled Court. Plaintiff SUNSET PARTNERS, L.P., and DEREK WISEMAN appeared by and through their counsel of record, Wolf, Rifkin, Shapiro & Schulman, LLP, by Nicholas Merkin, and Defendant MICHEAL MAZDAQ MANSOURI appeared by and through ~~their~~ his counsel of record, STRAUSS LAW GROUP, by Paul Strauss.

1

1     Court having read and considered the written motion to compel
2 filed by the Defendant, having learned that a dismissal with
3 prejudice was filed prior to the hearing, and having heard and
4 considered the statements of the counsel, and thereon
5     **IT IS HEREBY ORDERED** that the Motion to Compel filed by
6 Defendant on January 19, 2007 be withdrawn. *and hereby is deemed*

8 DATED: 2/28/07

    THE HONORABLE RICHARD M NEITER
    United States Bankruptcy Judge

2

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

The undersigned certifies that he is an active member of the State Bar of California and not a party to the within action. That his business address is 1925 Century Park East, Suite 500, Los Angeles, CA 90067. That he served a true copy of **ORDER AFTER HEARING FOR MOTION TO COMPEL** by placing said copy in an envelope[s] addressed as follows:

See attached list

which envelope[s] was then sealed and postage fully pre-paid thereon, and thereafter was on February 19, 2007, deposited in the United States mail at Los Angeles, California.

EXECUTED AT Los Angeles, California, on February 19, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

_____
PAUL S. STRAUSS

3

**PROOF OF SERVICE**
**Case #LA 05-15763 RN**
**Adversary No. AD 05-01699**

Paul Strauss
Strauss Law Group
1925 Century Park East, Suite 500
Los Angeles, CA 90067

Simon Aron
Wolf, Rifkin, Shapiro & Schulman, LLP
11400 W. Olympic Blvd., 9th Floor
Los Angeles, CA 90064

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re | | CHAPTER __7__ |
|---|---|---|
| MICHAEL MAZDAQ MANSOURI  Debtor. | | CASE NUMBER  LA-05-15763-ES |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.  You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:

    was entered on *(specify date)*: **MAR 0 1 2007**

2.  I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: **MAR 0 1 2007**

Dated: **MAR 0 1 2007**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
        Deputy Clerk

*Rev. 1/01*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9021-1.1**